Original

Irvin Tatum
#E20208
Po Box 7500
Crescent City, CA 95531

Plaintiff In pro se

FILED
08 JUN 20 PM 1:48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

Irvin Tatum
Plaintiff

vs—

Chris Wilber et al
Defendants.

No. C08-2357 WHA (PR)

Plaintiff's Request For A Time Extension

    Plaintiff, a state prisoner appearing in pro se with a civil rights complaint under 42 U.S.C. section 1983, hereby moves this Court

1 of 4

for a 30 day time extension for the purpose to file his "Amended Complaint" pursuant to this Courts May 22, 2008 Order. This motion is supported by Plaintiffs declaration attached hereto.

Dated: June 16, 2008

*/s/ Irvin Tatum*

Irvin T. Tatum
Plaintiff In Pro Se

## Declaration of Irvin Tatum
## In Support of Motion

I, Irvin Tatum, being duly sworn, deposes and says:

1. I am the plaintiff in the above-entitled civil action, representing myself in propria persona and I am currently housed in solitary confinement at Pelican Bay State Prison, with restricted access to the prison law library.

2. I do not have adequate access to legal research materials to be able to conduct legal research concerning the legal issues presented in my initial complaint that I am required to amend, pursuant to this courts May 22, 2008 order.

3. I am currently litigating a pro se civil claim and state writ of habeas corpus in the Superior Court of Del Norte County, which I have a legal obligation to as well.

4. Based on the foregoing reasons set forth

3 of 4

herein I respectfully request that this honorable Court grant me a 30 day time extension to file my "Amended Complaint".

I, declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States.

Executed this __16th__ day, month of __June__ 2008.

*[signature]*

IRVIN TATUM

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5, 20 U.S.C. section 1746)

I, **Irvin Tatum**, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the **17th** day of **June**, in the year of 20**08**, I served the following documents: (set forth the exact title of documents served)

**Plaintiff's Request For A Time Extension**

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

**U.S. District Court**
**Northern Dist. of Calif.**
**450 Golden Gate Ave**
**San Francisco, CA 94107**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this **17th** day of **June**, 20**08**.

Signed: _____
(Declarant Signature)

Rev: 03/10/00




PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483



NAME: KEVIN TATUM
CDC NO: E20208, HOUSING: C8-124
PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA. 95532

6-17-08