IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IRVIN T. TATUM,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CHRIS WILBER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | C 08-2357 WHA (PR)<br>Amended<br>[PROPOSED] ORDER EXTENDING THE DISPOSITIVE MOTION DEADLINE |

　　　　Defendants R. Horel, D. Depew, M. Foss, M. Whitman, C. Wilber, and T. Hill moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including October 30, 2009. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

//
//
//
//
//
//

1

1    Plaintiff shall file his opposition no later than thirty days from the date Defendants' motion
2  is served.  If Defendants ~~wish to~~ shall file a reply brief, ~~they shall do so~~ no later than fifteen days from
3  the date Plaintiff's opposition is served.  Absent further order, the motion will be submitted as of
4  the date the reply brief is due.
5  IT IS SO ORDERED.

6
7  Dated: November 12, 2009                    _____
8                                              IT IS SO ORDERED
                                               Judge William Alsup
9

10  SF2009404144
11  20219050.doc

2

[Proposed] Order Ext. Disp. Mot. Deadline                    *Tatum v. Wilber, et. al.*,  (C 08-2357 WHA)