IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN TERRELL TATUM, | No. C 08-2357 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHRIS WILBER, DIANE DEPEW, ROBERT HOREL, D. JAMES, M. FOSS, M. WHITMAN, T. HILL, and C. A. UPTERGROVE, | |
| Defendants. / | |

Pursuant to the order granting defendants' motion for summary judgment, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: September 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\TATUM2357.JUD.WPD